SCHALL, Circuit Judge,
concurring.
I am in full agreement with, and therefore join, Parts II B1 and II C of the court’s opinion. In those parts of the court’s opinion, Judge Gajarsa explains in a well-reasoned fashion (i) why the University’s Eleventh Amendment immunity from suit was not abrogated and (ii) why the district court lacked personal jurisdiction over the four University Officials. I would affirm the judgment of the district court on those grounds and would not reach the question — discussed in Part II B2 of the court’s opinion — of whether the doctrine set forth in Ex parte Young, 209 U.S. 123, 28 S.Ct. 441, 52 L.Ed. 714 (1908), applies to University Officials Gary C. George, B. Alan Sugg, and John A. White.